IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **DANIEL J. KASSA, Individually and On Behalf of All Others Similarly Situated,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| **v.** | ) ) ) |
| **THOMAS & BETTS CORPORATION, MICHAEL L. DUCKER, JEANANNE K. HAUSWALD, DEAN JERNIGAN, RONALD B. KALICH, SR., KENNETH R. MASTERSON, DOMINIC J. PILEGGI, JEAN-PAUL RICHARD, RUFUS H. RIVERS, KEVIN L. ROBERG, DAVID D. STEVENS, ABB LTD., and EDISON ACQUISITION CORPORATION,** | ) ) ) ) ) ) ) ) ) ) ) Case No. 2:12-CV-02235-JTF/cgc |
| **Defendants.** | ) ) |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), having given notice of the voluntary dismissal of the Defendants, without prejudice,

IT IS, ORDERED, ADJUDGED and DECREED that this case is hereby dismissed without prejudice. Costs of this cause will be taxed against the Plaintiff for which let execution issue, if necessary.

ENTER this the 21st day of May, 2013.

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE