UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**DANIEL J. KASSA,**

    **Plaintiff,**

v.                                                     Cv. No.: 12-2235-JTF

**THOMAS & BETTS CORPORATION,
MICHAEL L. DUCKER, JEANANNE K. HAUSWALD,
DEAN JERNIGAN, RONALD B. KALICH, SR.,
KENNETH R. MASTERSON, DOMINIC J. PILEGGI,
JEAN-PAUL RICHARD, RUFUS H. RIVERS,
KEVIN L. ROBERG, DAVID D. STEVENS, ABB LTD.,
EDISON ACQUISITION CORPORATION,**

    **Defendants.**


# JUDGMENT


    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order Granting Voluntary Dismissal Without Prejudice entered on May 21, 2013.


**APPROVED:**


*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE


August 28, 2013                                   THOMAS M. GOULD
DATE                                                     CLERK

                                                                                       *s/Lorri Fentress*
                                                                                       (By) LAW CLERK